In the Matter of JESSE S. PHILLIPS, as Superintendent of Insurance, etc. In the Matter of U. S. GRAND LODGE OF THE INDEPENDENT ORDER

SONS OF BENJAMIN.— Motion for stay granted in the form as modified by the presiding justice on November eighteenth. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.